NASH *v.* STANLEY.

(In Banc. Jan. 22, 1934.)

[152 So. 294. No. 30866.]

Blair & Anderson and Claude F. Clayton, all of Tupelo, for appellant.

692

**J. W. P. Boggan,** of Tupelo, for appellee.

**Griffith, J.,** delivered the opinion of the court.

The principles of law applicable to this case are well settled; hence only the findings of fact by the chancellor are involved in review. There is sufficient proof to support the decree and we are, therefore, without authority to reverse.

Affirmed.

**Anderson, J.,** takes no part.